SOUTHERN NEW ENGLAND TELEPHONE COMPANY *v.*
PUBLIC UTILITIES COMMISSION ET AL.

The motion by the defendant Sheldon L. Hart for a review by this court of the clerk's taxation of costs in the appeal from the Superior Court in Hartford County is granted. The clerk is directed to amend the taxation of costs to disallow the proportionate costs for the printing of that portion of the appellee Southern New England Telephone Company's appendix consisting of Items A, B and D and, to divide equally between the appellee Southern New England Telephone Company and the appellee Public Utilities Commission, the statutory costs.

*Bruce Mayor,* in support of the motion.

Submitted September 24—decided October 16, 1973

ALBERT AKSOMITAS ET AL. *v.* THE PLANNING AND
ZONING COMMISSION OF THE TOWN OF
WETHERSFIELD ET AL.

The defendants' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Walter A. Twachtman, Jr.,* and *William J. Butler,* in support of the petition.

*Edward C. Wynne,* in opposition.

Submitted October 9—decided October 16, 1973

SAMUEL T. ROST *v.* THE TOWN PLAN AND ZONING
COMMISSION FOR THE TOWN OF FAIRFIELD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*Mark A. Rubenstein,* in support of the petition.

*Aaron B. Schless,* in opposition.

Submitted October 10—decided October 16, 1973